**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS CASTILLEJO, | No. 10-71082 |
| Petitioner, | Agency No. A088-028-605 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 27, 2010[**]

Before:     SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

Luis Castillejo, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his application for cancellation of removal. We have

jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Castillo-*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Cruz v. Holder*, 581 F.3d 1154, 1158-59 (9th Cir. 2009), and we deny the petition for review.

The agency properly denied Castillejo's application for cancellation of removal on the ground that his conviction under Arizona Revised Statutes § 28-1383(A)(1) is a crime involving moral turpitude rendering him inadmissible under 8 U.S.C. § 1182(a)(2) and therefore ineligible for cancellation relief under 8 U.S.C. § 1229b(b)(1). *See Marmolejos-Campos v. Holder*, 558 F.3d 903, 917 (9th Cir. 2009) (en banc).

**PETITION FOR REVIEW DENIED.**

10-71082